ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Government Training LLC | ) ASBCA No. 63752 |
| | ) |
| Under Contract Nos. SP4702-21-D-0006 | ) |
| SP4702-21-A-0501 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Don W. Dickson
                                   Vice President

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                   DLA Chief Trial Attorney
                                  John J. Pritchard, Esq.
                                  Erica M. Johnson, Esq.
                                   Trial Attorneys
                                   DLA Land and Maritime
                                   Columbus, OH

## ORDER OF DISMISSAL

The Board docketed this appeal on November 13, 2023. By correspondence dated December 20, 2023, prior to appellant filing its complaint, appellant requested that the appeal be dismissed without prejudice. The government consents to the request. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: January 3, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63752, Appeal of Government Training LLC, rendered in conformance with the Board's Charter.

Dated:  January 4, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals